UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| Cynthia and Gary Adams,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>Equifax Information Services, LLC, et al.,<br><br>　　　　Defendants. | Case No: 1:22-cv-04792-SEG-RDC<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC, ONLY** |

NOTICE IS HEREBY GIVEN that Plaintiffs and Defendant Equifax Information Services, LLC ("Equifax"), only, in the above-captioned case have reached a settlement. The parties anticipate filing a Notice of Stipulation of Dismissal with Prejudice as to Defendant Equifax, pursuant to Fed. R. Civ. P. 41(a) within 60 days.

DATED: February 22, 2023

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　By: /s/ Joon Jeong
　　　　　　　　　　　　　　　　Joon Jeong
　　　　　　　　　　　　　　　　Bar Number 482317
　　　　　　　　　　　　　　　　1295 Old Peachtree Road Suite 250
　　　　　　　　　　　　　　　　Suwanee, GA 30024
　　　　　　　　　　　　　　　　Telephone: 678-691-7905
　　　　　　　　　　　　　　　　Facsimile: 866-695-5440
　　　　　　　　　　　　　　　　E-Mail: info@jjeonglaw.com

                                         Attorney for Plaintiffs,
                                         Cynthia and Gary Adams

## LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE

I certify that the foregoing pleading filed with the Clerk of Court has been prepared in 14 point Times New Roman font in accordance with Local Rule 5.1(C).

Dated: February 22, 2023