UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CYNTHIA ADAMS and GARY ADAMS, <br><br> Plaintiffs, <br><br> v. <br><br> EQUIFAX INFORMATION SERVICES, LLC, et al, <br><br> Defendants. | CIVIL ACTION NO. <br><br> 1:22-CV-04792-SEG-RDC |

## O R D E R

This case is before the Court on the Magistrate Judge's Non-Final Report and Recommendation that Defendant Equifax Information Services, LLC's motion to enforce the settlement agreement (Doc. 36) be granted. (Doc. 82.) The Magistrate Judge recommends that the motion be granted because she found that Plaintiffs did enter into a binding settlement with Equifax. No objections have been filed in response to the Magistrate Judge's R&R.  In accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the Magistrate Judge's R&R for clear error and finds none.

The Court **ADOPTS** the Magistrate Judge's Report and Recommendation. (Doc. 82.) Accordingly, Defendant Equifax Information Services, LLC's  motion to enforce the settlement agreement is **GRANTED.**

(Doc. 36.) The Clerk is **DIRECTED** to terminate Defendant Equifax as a party to this case.

The Court having now ruled on Equifax's motion to enforce the settlement, the remaining parties shall participate in mediation with Magistrate Judge McBath. *See* Doc. 69. The Clerk is **FURTHER DIRECTED** to submit this order to Magistrate Judge McBath.

**SO ORDERED** this 2nd day of November, 2023.

_____
SARAH E. GERAGHTY
United States District Judge