UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Cynthia and Gary Adams,<br><br>Plaintiffs,<br><br>vs.<br><br>Equifax Information Services, LLC, et al.,<br><br>Defendants. | Case No: 1:22-cv-04792-SEG-RDC<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC., ONLY** |

NOTICE IS HEREBY GIVEN that Plaintiffs and Defendant Experian Information Solutions, Inc., only, in the above-captioned case have reached a settlement. The parties anticipate filing a Notice of Stipulation of Dismissal with Prejudice as to Defendant Experian Information Solutions, Inc., pursuant to Fed. R. Civ. P. 41(a) within 60 days.

DATED: February 7, 2024

        Respectfully submitted,

        /s/ Gary Hansz
        Gary Hansz
        Credit Repair Lawyers of America
        39111 Six Mile Rd., Suite 142
        Livonia, MI 48152
        Phone: (248) 353-2882
        Email: gary.hansz@crlam.com
        Attorney for Plaintiffs,
        Cynthia and Gary Adams

<u>LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE</u>

I certify that the foregoing pleading filed with the Clerk of Court has been prepared in 14 point Times New Roman font in accordance with Local Rule 5.1(C).

Dated: February 7, 2024