IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Cynthia Adams and Gary Adams, <br><br> Plaintiff, <br><br> v. <br><br> Equifax Information Services, LLC., et al., <br><br> Defendants. | Case No.: 1:22-cv-04792 |

ORDER OF DISMISSAL
WITH PREJUDICE AS TO DEFENDANT
EXPERIAN INFORMATION SOLUTIONS, INC

The Court, having reviewed the parties' stipulation, and finding good cause shown;

**IT IS HEREBY ORDERED** that Plaintiff's claims against Experian Information Solutions, Inc., are hereby dismissed with prejudice and without fees or costs to either party.

SO ORDERED this 28th day of March, 2024.

_____
SARAH E. GERAGHTY
UNITED STATES DISTRICT JUDGE