# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CYNTHIA ADAMS and GARY ADAMS,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., NATIONAL CREDIT SYSTEMS, INC., and LAW OFFICES OF BRETT M. BORLAND, P.C.,<br><br>　　　　Defendants. | Civil No. 1:22-cv-04792-SEG-RDC |

## JOINT STIPULATION OF DISMISSAL
## WITH PREJUDICE OF TRANS UNION LLC ONLY

TO THE HONORABLE JUDGE SARAH E. GERAGHTY:

Plaintiffs Cynthia Adams and Gary Adams and Defendant Trans Union LLC hereby respectfully file this Stipulation of Dismissal with Prejudice, and in support thereof would respectfully show the Court as follows:

There are no longer any issues in this matter between Cynthia Adams and Gary Adams and Trans Union LLC to be determined by this Court. Plaintiffs and Trans Union LLC hereby stipulate that all claims and causes of action that were or could have been asserted against Trans Union LLC are hereby dismissed with prejudice, with court costs and attorneys' fees to be paid by the party incurring same.

6914585.1

1

| | |
|---|---|
| /s/ Gary Alan Hansz<br>Gary Alan Hansz<br>gary.hansz@crlam.com<br>Credit Repair Lawyers of America<br>39111 Six Mile Road<br>Suite 142<br>Livonia, MI 48152<br>248-353-2882<br>Fax: 248-353-4840<br>**Counsel for Plaintiffs** | /s/ Paul L. Myers<br>Paul L. Myers<br>Georgia Bar No. 767391<br>pmyers@qslwm.com<br>Liliana Sanchez, *pro hac vice*<br>lsanchez@qslwm.com<br>Quilling, Selander, Lownds, Winslett & Moser P.C.<br>6900 N. Dallas Parkway, Suite 800<br>Plano, TX 75024<br>214-560-5464<br>Fax: 214-871-2111<br>**Counsel for Trans Union LLC** |
| /s/ Katrina DeMarte<br>**As to form only**<br>Katrina Marie DeMarte<br>katrina@demartelaw.com<br>DeMarte Law, PLLC<br>39555 Orchard Hill Pl<br>Pmb 6338<br>Suite 600<br>Novi, MI 48375<br>313-509-7047<br>and<br>Natalie Green Hosea<br>natalie@nataliegreen.com<br>Natalie Green, PC<br>P.O. Box 242<br>Woodstock, GA 30188<br>770-609-9529<br>**Counsel for National Credit Systems, Inc. and Law Offices of Brett M. Borland, PC** | /s/ Chirstine Kapur<br>Christine Kapur<br>christine.kapur@equifax.com<br>Equifax Inc.<br>1550 Peachtree Street<br>Atlanta, GA 30309<br>404-655-4309<br>**Counsel for Equifax Information Services LLC**<br><br>/s/ Jodi Kalson<br>Jodi Kalson<br>jkalson@jonesday.com<br>Jones Day<br>1221 Peachtree Street, N.E., Suite 400<br>Atlanta, GA 30361<br>404-581-8822<br>**Counsel for Experian Information Solutions, Inc.** |

2

6914585.1

## **LOCAL RULE 5.1 CERTIFICATION**

I hereby certify that the above Joint Stipulation of Dismissal with Prejudice of Trans Union LLC Only has been prepared in Times New Roman 14-point font in accordance with Local Rule 5.1.

*/s/ Paul L. Myers*
**PAUL L. MYERS**

6914585.1

## CERTIFICATE OF SERVICE

I hereby certify on May 15, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

Gary Alan Hansz
gary.hansz@crlam.com
Credit Repair Lawyers of America
39111 Six Mile Road, Suite 142
Livonia, MI 48152
(404) 583-4350 (Lawrence)
(248) 353-2882 (Gary)
***Counsel for Plaintiffs***

Christine Kapur
christine.kapur@equifax.com
Equifax Inc.
1550 Peachtree Street
Atlanta, GA 30309
(404) 655-4309
***Counsel for Equifax Information Services, LLC***

Jodi Kalson
jkalson@jonesday.com
Jones Day
1221 Peachtree Street, N.E., Suite 400
Atlanta, GA 30361
(404) 581-8822
***Counsel for Experian Information Solutions, Inc.***

Katrina Marie DeMarte
katrina@demartelaw.com
DeMarte Law, PLLC
39555 Orchard Hill Place, Suite 600
Pmb 6338
Novi, MI 48375
(313) 509-7047
and
Natalie Green Hosea
natalie@nataliegreen.com
Natalie Green, PC
P.O. Box 242
Woodstock, GA 30188
(770) 609-9529
***Counsel for National Credit Systems, Inc. and Law Offices of Brett M. Borland, P.C.***

                                             /s/ Paul L. Myers
                                            **PAUL L. MYERS**

6914585.1