IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CYNTHIA ADAMS and GARY ADAMS, | |
| Plaintiffs, | |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., NATIONAL CREDIT SYSTEMS, INC., and LAW OFFICES OF BRETT M. BORLAND, P.C., | Civil No. 1:22-cv-04792-SEG-RDC |
| Defendants. | |

## ORDER OF DISMISSAL WITH PREJUDICE OF TRANS UNION LLC

Plaintiffs, Cynthia Adams and Gary Adams, and Defendant, Trans Union LLC, have announced to the Court that all matters in controversy against Trans Union LLC have been resolved. A Stipulation of Dismissal with Prejudice of Trans Union LLC has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice of Trans Union LLC, the Court hereby makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action that were, or could have been, asserted herein by Plaintiffs, Cynthia Adams and Gary Adams, against Defendant, Trans Union LLC, are in all respects dismissed with prejudice to the refiling of same, with court costs and attorneys' fees to be paid by the party incurring same.

SO ORDERED this 16th day of May, 2024.

 _____
**SARAH E. GERAGHTY**
UNITED STATES DISTRICT JUDGE